

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-11,944-12

### EX PARTE ANTHONY EUGENE ROBINSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 970258 IN THE 147TH DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to thirty-five years' imprisonment. The Third Court of Appeals affirmed his conviction. *Robinson v. State*, No. 03-97-00215-CR (Tex. App. – Austin, January 29, 1998, *pet. ref'd.*).

In the instant application, Applicant contends in his first and third grounds for review that he is actually innocent and is entitled to an expunction of his conviction. In his second ground for

review, Applicant contends that he is being improperly denied release to parole.

This Court has reviewed Applicant's first and third grounds for review and has determined that they are barred from review under Article 11.07, Section 4 of the Texas Code of Criminal Procedure. Therefore, those claims are dismissed. Applicant's remaining claim concerning the denial of parole is without merit; thus, it is denied.

Filed: October 22, 2014
Do not publish